UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIONA SMILEY,

          Plaintiff,

   v.

JP MORGAN CHASE,

          Defendant.

No.  2:14-cv-0815 KJM CKD PS

ORDER

     Plaintiff is proceeding in this action pro se.  Plaintiff does not allege a basis for subject matter jurisdiction.  The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

     In this action, the property which is the subject of this action is located in Oakland, California.  Therefore, plaintiff's claim should have been filed in the United States District Court, Northern District of California.  In the interest of justice, a federal court may transfer a complaint

/////

1

1  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,
2  512 F.2d 918, 932 (D.C. Cir. 1974).
3      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4  States District Court, Northern District of California.
5  Dated:  April 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smiley.tra